PROGRESSIVE FINANCIAL SERVICES, INC.
P.O. BOX 22083
TEMPE, AZ 85285

STATEMENT DATE:   12/27/12
ACCOUNT NUMBER:   4439384
REFERENCE NUMBER: 000100023810

PROGRESSIVE FINANCIAL SERVICES, INC.
P.O. BOX 22083
TEMPE, AZ 85285

DAVID MACK
7720 MCCALLUM BLVD APT 2099
DALLAS, TX 75252

☐ Please check box if above address is incorrect and indicate change(s) on reverse side.

◄ DETACH UPPER PORTION AND RETURN WITH PAYMENT ►

---

PROGRESSIVE FINANCIAL SERVICES, INC.
P.O. BOX 22083
TEMPE, AZ 85285
1-866-484-0204
1-602-453-8800

ORIGINAL CREDITOR:    CITY OF DALLAS
CURRENT CREDITOR:     CITY OF DALLAS
ACCOUNT NUMBER:       4439384
REFERENCE NUMBER:     000100023810
CURRENT BALANCE DUE:  $ 145.46

DEAR DAVID MACK
PROGRESSIVE FINANCIAL SERVICES, INC. HAS RECEIVED YOUR REQUEST FOR ADDITIONAL DOCUMENTATION REGARDING THE ACCOUNT PLACED BY   CITY OF DALLAS

THE ATTACHED INFORMATION HAS BEEN PROVIDED BY THE CREDITOR TO VALIDATE THE EXISTENCE AND/OR ACCURACY OF THE DEBT.

[X] COPIES OF ACCOUNT DETAIL
[ ]
[ ]

PLEASE REVIEW THE ENCLOSED INFORMATION.  IF YOU HAVE FURTHER QUESTIONS REGARDING THIS MATTER PLEASE CONTACT PROGRESSIVE FINANCIAL SERVICES, INC. AT 1-866-484-0204.

SINCERELY,

CHRISTOPHER HALE

DEBT COLLECTOR
PROGRESSIVE FINANCIAL SERVICES, INC.
PO BOX 22083
TEMPE, AZ 85285
(866)484-0204
HOURS OF OPERATION: MONDAY - FRIDAY 8AM - 5PM MOUNTAIN STANDARD TIME

IF YOU HAVE AN ATTORNEY TO REPRESENT YOU WITH RESPECT TO THIS DEBT OR IF THIS DEBT HAS BEEN INCLUDED IN A BANKRUPTCY, PLEASE FURNISH US WITH THE APPROPRIATE INFORMATION SO WE MAY MARK OUR FILES ACCORDINGLY.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  PFS/GENCORR

*****NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*****

Exhibit 3