```
,                              ,***CONFIDENTIAL***CONFIDENTIAL***
,ACCT NO,021-2724108-016,*PT* ,MO-LAST-BILL,09,CYCLE,02 ,SERVICE ENDED
,01/26/07
,NAME    ,MACK            DAVID         ,15C ,STATUS,SUSPENSE  ,LAST-
TRAN,09/22/07
,SERVICE, 6764       HUNTERS RIDGE         DR           ,PREMISE,S F RES
,ADDRESS,DALLAS           TX 75248-5404 ,*NM* ,         ,RENTAL PROP. ,YES ,TCR-
NO
,************,01-12,SUSPENSE ACCOUNTS INQUIRY
************,12/27/12,***,1132,**

                ,TOTAL AMT SUSPENSED   ,   145.46


                ,TYPE .................,WATER
                ,AMOUNT ...............,    30.56
                ,DATE .................,09/22/07
                ,REASON ...............,CUSTOMER REFUSES TO PAY
                ,DESCRIPTION ..........,SYSTEM GENERATED
                ,COLLECTION AGENCY ....,PENN COLLECTION AGENCY
                                       ,



        ,* * * ,ARE THERE MORE RECORDS   ,YES ,* * *
,DSPLY,13,KEY,           , ,TO NEW SS,   ,DSPLY,  ,KEY,         ,
```

**Exhibit 4**