IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-CV-00544 |
| | § | |
| PROGRESSIVE FINANCIAL | § | |
| SERVICES, INC., CHRISTOPHER HALE | § | |
| Defendants. | § | |

## DEFENDANTS PROGRESSIVE FINANCIAL SERVICES, INC. AND CHRISTOPHER HALE'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rules 3.1(f) and 7.4, Defendants Progressive Financial Services, Inc. and Christopher Hale, come now and file this Certificate of Interested Persons who may have a financial interest in the outcome of this case:

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
    *Pro Se Plaintiff*

Progressive Financial Services, Inc.
1919 W. Fairmont Dr. Bld. 8
Tempe, AZ 85282
    *Defendant*

Christopher Hale
Progressive Financial Services, Inc.
1919 W. Fairmont Dr. Bld. 8
Tempe, AZ 85282
    *Defendant*

Respectfully submitted,

**ROBBIE MALONE, PLLC**

/s/ Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
XERXES MARTIN
State Bar No. 24078928
Email: xmartin@rmalonelaw.com
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
(214) 346-2625
(214) 346-2631 FAX
E-mail: rmalone@rmalonelaw.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to Plaintiff's counsel via ECF and Certified Mail, Return Receipt Requested on this 14th day of November, 2013 to:

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252

/s/ Robbie Malone
ROBBIE MALONE

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS - PAGE 2**
M:\219.0000 Progressive Financial Services, Inc\219.0003 David Mack v. Progressive Financial Services, Inc\219.0002 - Certificate of Intersted Parties.docx