# Dave Mack

Prevent Foreclosure and Mortage Fraud

**LETTER 2**

**COLLECTOR LETTER 1**

### Please Donate

Your generous donations make this web site possible Thank you for your help.



<u>Contact Dave</u>

<u>Read Here First</u>
<u>Where Does the Fraud Begin?</u>
<u>List of Exhibits and Package Info.</u>

<u>FBI Cover Letter</u> (must have everything)
<u>Media Cover Letter</u>

<u>Notice of Fraud and Intent to Litigate</u>

<u>Exhibit A Deed</u>

<u>Exhibit B Affidavit of Walker Todd</u>
<u>Exhibit C Memorandum of Law Bank Fraud</u>
<u>Exhibit D Memorandum of Law BOE</u>
<u>Exhibit E Boyko</u>
<u>Exhibit F Rose</u>
<u>Exhibit G Securitization</u>

<u>**Instructions**</u> for Requesting the Judges Financial
<u>Disclosure Report</u>

<u>New Executive Order | Federal Register | Nov. 19, 2009 | Executive Order</u>
<u>13519 | Establishment of the Financial Fraud Enforcement Task Force</u>

## Dana's Criminal Complaint

Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar (377 U.S. 1); Gideon v. Wainwright 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425. Litigants may be assisted by unlicensed layman during judicial proceedings.

<u>The Treasury Secretary does not work for the United States</u>

<u>Mortgage Electronic Registration Services (**MERS**)</u>

<u>John Stuart SHOW ME THE LOAN</u>

<u>Case Explains Standing and MERS non interest</u>

<u>California Practice Guide Enforcing Judgements and Debts</u>

How to use "<u>Produce the Note</u>" in Non-judicial Foreclosure States

<u>Useful Links</u>

Great Plains National Bank, Plaintiff and Appellee
v.
Sam Leppert, Laura Leppert, Defendants and Appellants
————
Andrew Anthony Heinze, and
J. Doe I-V, Defendants
North Dakota Supreme Court
<u>Read case and listen to recording of oral argument</u>

<u>Great Plains National Bank</u>
<u>Excellent GAAP Leppert</u>



**EXHIBIT**

**A**

Blumberg No. 5119

---

### WHAT IS THE OCCUPY MOVEMENT?

### CREDIT IN PARADISE

**Click here for Dave's KnockOutCollectors.com**

**Frequently Violated FDCPA Guidelines**

**It Ain't Me / Neutral Response**

**Updated RPOA**     **Proof of Service**

**Uniform Federal Lien Registration Act**

**How To Combat Bank Foreclosures**

### BANKRUPTCY

<u>CA Bankruptcy Judge Margaret M. Mann GETS IT!</u>

<u>Mitchell v. Wells Fargo Opinion</u>
<u>Mitchell v. Wells Fargo Docket</u>

<u>Commonwealth of Massachusetts</u>
<u>Memo & Order on the Plaintiffs Motions to Vacate</u>

<u>Wilhelm Memorandum of Decision Chptr 7</u>

<u>Decision on Relief from Stay</u>

<u>Landmark National Bank v. Kesler</u>

Case Title: Rickie Walker
Case no. 10-21656 - E - 11
Date: 5-20-10
<u>Order to Sustain</u>
<u>Ruling in Favor</u>
<u>Not Recorded</u>
<u>Case Excerpts</u>

Article RE: Walker
<u>California BK Court Rules: MERS Can't</u>
<u>ForecloseCitibank Can't Collect</u>

<u>In re Weisband Decision</u>

### Credit in Paradise

<u>Full MERS DEPOSITION pdf</u>

<u>The united States de jure Government</u>

<u>Operation Restoration</u>

EXPERT DECLARATION OF
NEIL FRANKLIN GARFIELD, ESQ.
in BANKRUPTCY COURT | CHAPTER 13 | PDF

### WHERE THE NOTE IS

Foreclosure Scam Video Quickie

CA County Recorders Manual 55mgs pdf
(Contains the Recission of Trust Deed) and Notice of Intent
View or download

The Law of Negotiable Instruments by Major D.H. Boughton 1904 pdf

The Law of Negotiable Instruments by Major D.H. Boughton 1908 pdf

Modern Money Mechanics pdf 2.50 MB

Foreclosure Case Law
Proof of Claim Cases

Jim in Northern CA | Extra Info (from the call with Jerry)

---

### Bankers Loan Secret Questions

Should the one that funded the loan be the one that is repaid?

Does money have to be issued by government or be in any special form?
Doesn't the bank's own publication state this?

Did the banker's get my loan agreement for free?
Isn't that like stealing?

Did the bank risk one red cent of their money to purchase my loan agreement?

Did I agree to be swindled?

Click here for more

---

### Dana's Criminal Complaint
Dana's Affidavit of Evidence & Criminal Acts

| | |
|---|---|
| 52-Main pdf | 52-5 pdf |
| 52-1 pdf | 52-6 pdf |
| 52-2 pdf | 52-7 pdf |
| 52-3 pdf | 52-8 pdf |
| 52-4 pdf | 52-9 pdf |

MAIN ATTORNEY LETTER

www.KnockOutCollectors.com

---

Mortgage Asset Backed Certificates
Foreclosure Case Law

---

### ARTICLES

Widespread Assignment / Notary / Foreclosure
Fraud- Deposition of David Stern Employee
Cheryl Sammons

Sammons Deposition pdf

---

### MISC.

Foreclosure Terms You Should Know

Title 18 | Part 1 | Chapter 2071
(because they almost never have the note)

Public Records Act Law | California

The Federal Reserve Act

Where the Note Really Is

Widespread Assignment / Notary /
Foreclosure Fraud- Deposition of David
Stern Employee Cheryl Sammons

MERS

---

### Nuclear Radiation Risk Assessment

### Click here for Dave's
### KnockOutCollectors.com

**Knockout Collectors. com**

with
**Dave Mack**

Tuesdays 8:PM Edt and 5PM Pdt
Call in: 724-444-7444 | Call ID  98842
or click here

Mondays
6:PM pst  9:PM est

**Dallas Debt Discussion**

Host:
**Dave Mack**

| ID 54318#



Screen Shot of Caller Stats from March 8th, 2010, From The Dallas Debt Discussion Call. We broke all records that night.Click here

Guest Speaker: Rodney the ex banker Call Notes

---

Updated: July 26, 2012

*... and forgive us our debts as we forgive our debtors...*

My Favorite Talkshoes

The world's Largest Free Law



**Jurisdictionary** ®
Defining Justice
**Want to Win?**
Step-by-Step Self-Help

Commonlaw Copyright © 2010 My Private Audio - All Rights Reserved

0052586

⊕ Share / Save 🗗 🎔 ✷ …

# What Lies In Your Debt?® It PAYS To Know!

Home   Testimonials   About   Why Join?   Latest News   Video Library   Links   Calendar   Contact   Log In

## Join Us On Our Free Calls That Reveal How To Stop Foreclosure and Debt Collectors Immediately...

### Sign Up Now!

*indicates required*

**Name ***

**Email Address ***

[ Subscribe ]

## What Lies In Your Debt? Radio
**Mondays 12pm-2pm EST**
www.freedomslips.com
**Click on Studio "A"**
**or**
**Call into the show at:**
**347-688-2902**

## What Others Are Saying About Our System...

*"Hey, guys... this is Dave G. up here in Longview, Washington... Just wanted to let you know that I have some good news. They went from telling me to fly a kite, to $6,500, to $7,000, to $13,500. This was done without filing a lawsuit.*

*This was an FDCPA, TCPA pending lawsuit with 13 calls to the cell phone and three letters, one indicating acceleration and foreclosure by B of A.*

*Thanks What lies in your debt."*

**Dave - Washington**

# Stop debt collectors dead in their tracks with a nearly 100% success rate.

## So, if you are....

**Facing foreclosure....**

**Drowning in credit debt....**

**Being harassed by debt collectors....**

**Having difficulty obtaining credit....**

**Having a hard time making ends meet....**

You have come to the right place!

## Don't Be A Victim Of The Current Economic Crisis. Turn The Tables On The Banksters, Collection Agencies, And Other Crooks!

*"SETTLEMENTS IN THREE WEEKS $31,500...*

*Family this works I used everything on website and all the tips from the Monday and Wednesday support calls, I work at night so I have to listen to the archives next day, Listen, Learn Execute I don't over think anymore.*

*I put about 28 hours total for all 4 cases I have settled. Thanks What lies in your debt"*

**Paul - Massachusetts**

---

*"Its Settlement Check Time Once Again...another $3,000*

*If there is ANY doubt in anyone's mind whether this works or not here is yet MORE evidence it surely does. It works if YOU work the process and take action. That is all you have to do. Are we having fun yet?? I surely am!!!!"*

**Just Dave - Texas**

---

*"Thank you for making this possible. Its an awesome feeling to be enlightened and learn the system and how it has worked against us for so many years. Coupled with living in fear of fighting back the establishment. Now Im fearful NO MORE!. Im taking this information and working on behalf of my kids and myself in aiming to make some quick cash this summer."*

**Rodney - Illinois**

---

*"When people really find out what is going on behind the scenes in the mortgage industry like we did through*



## Enter Your Email To Recieve 3 "Free" How To Stop Foreclosure Webinars.

**Sign Up Now!**

* indicates required

**Name \***

[                                        ]

**Email Address \***

[                                        ]

[ Subscribe ]

## Armed With The Proper Information You Can Fight Back And Put The Lenders On The Run...

**Fraud involving mortgage loans, and/or foreclosure proceedings are increasingly less tolerated by courts.** In addition, some **mistakes and fraud actually violate laws and your rights** as a homeowner and consumer under the TILA, RESPA, and by State and Federal Acts. We have even seen cases where the mortgage did not match the note. That fact alone can stop the foreclosure dead in its tracks. In other cases, the transfer of rights in the property was not properly executed in the mortgage which leaves the bank with an unsecured credit line. There are many factors which makes almost all foreclosures illegal. If you are not aware of these factors you are walking away and losing your home for no good reason.

[ more information ]

With our proven, easy to follow system, you will be able to stay in your home and keep your cash.

So join now and get on the path to saving your home.



*What lies in your Debt, they will see that there are viable options to the stress and fear that the banks have had over the public for so long. I highly recommend that anyone who has an issue with their loans or mortgages to leverage the resources this business has put together. It could be the best thing they ever did!"*

**Kevin - Washington**

*"When my wife and I fell upon hard times, like many people during the current economic crisis, we tried several times to work with the bank with no resolve. Just as we were about to give up, a friend recommended What Lies In Your Debt. Since What Lies In Your Debt has come into our lives, they not only assist and guide us through this difficult time, but they also give us hope. What Lies In Your Debt works for our best interests and not the bank's, they give us honest answers and know more about our rights than any banking representative would even want us to know."*

**Louis and Kate - Florida**

## Complementary Webinar On How To Quickly Pocket $1,000 Fat Ones In The Next 30 Days Just For Joining Us On Our Free Calls....

**Sign Up Now!**

*\* indicates required*

**Name \***

[                    ]

**Email Address \***

[                    ]

[ Subscribe ]

## Get Rid Of Your Credit Card Debt, Clean Up Your Credit, And Make Debt Collectors Go Away? And Make Money Doing It!

Our members actually make money using our process while not paying big bucks for a process that just doesn't work! Rip off artists are abundant in these economic times. Just check Google and states' attorneys' offices, con artists without a conscience are plaguing struggling home owners or people who are having hard times. Take control yourself and don't count on anyone to get you through the tough times. Our proven system will show you how to keep the banks and debt collectors at bay while making them pay you every time they break the law!

**Using our Proven System you can:**

    **Have the debt reduced or even eliminated.**

    **Have your credit report cleared of negative reports.**

    **Receive thousands of dollars from the people trying to take money from you.**

[ more information ]

Don't believe us? Just enter your name and email address there on the left and we will send you a free webinar showing you how to pocket a quick $1,000.00 in the next 30 days.

## Members Also Receive:

    **Live training webinars from experts.**

    **Expert support.**

    **Member forum.**

    **Daily news from the experts to keep you up to date.**

    **And much, much more...**

## So How Much Does It Cost?

**The real question is, can I not afford to join?**

We offer a full 60 day money back guarantee.

If you are like millions of Americans who are behind on their mortgage or thinking about doing a strategic walk out, behind on their credit cards, or just being harrased by debt collectors, then this system is for you.

We promise....

If you cannot stop your foreclosure, even if it's imminent.

If you cannot stop those debt collectors from bugging you.

If you cannot clean up your credit.

And finally, if you cannot make a few thousand bucks during the entire process...

**We will refund your money 100% in the first 60 days.**

So in reality, if we can show you how to make at least $1,000 in the first 60 days, then you have paid for your membership, and you are several hundred bucks ahead for the year.

With our 60 day money back guarantee you have nothing to lose.... not a single red cent and everything to gain!

## Only $99 for first month and $49 per month after....



So you decide, **$49 bucks a month and learn to get paid thousands** or pay thousands and get no results....it's a no brainer!

So join now....**it just might be one of the best decisions you will ever make!**

Copyright © 2010-2013 Liberty Marketing, LLC. All Rights Reserved.
Home | Contact | Disclaimer | Disclosure | Terms and Conditions | Privacy

 **Your Community Is Calling**

Home | Help | Sign-In

   Sign-Up

Call ID [        ] Go    Keyword or Call ID [        ] Search

Home » Call Series

Rating
 Dallas Debt Discussion



**Category:** Education
**Description:** Discussion of debt issues and solutions
**Hosted by:** Just-Dave
**Phone Number:** (724) 444-7444
**Call ID:** 54318
Share This Via:

LAST RECORDING

**Title:** EPISODE232 - Dallas Debt Discussion

Who Follows
Sign In to follow



More...

Add To Your Blog
    Widgets & Badges

Share
    Email a Friend
    Facebook

Reviews

RSS | Podcast | SUBSCRIBE | iTUNES | BOOKMARK | TXT ALRTS

NOTHING SCHEDULED

## PAST EPISODES (227)

First ◄ 1 2 3 4 5 ► Last

Overall Rating: 4.3
Number of Reviewers: 43
Sign In to review

| Time: | Duration: | Title: | Recordings: |
|---|---|---|---|
| 10/21/2013 09:00 PM EDT | 3:46:55 | EPISODE232 - Dallas Debt Discussion |  DOWNLOAD LISTEN |
| 10/14/2013 09:00 PM EDT | 3:18:14 | EPISODE231 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 10/07/2013 09:00 PM EDT | 3:22:49 | EPISODE230 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 09/30/2013 09:00 PM EDT | 3:30:45 | EPISODE229 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 09/23/2013 09:00 PM EDT | 3:01:17 | EPISODE228 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 09/16/2013 09:00 PM EDT | 4:15:28 | EPISODE227 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 09/09/2013 09:00 PM EDT | 4:02:12 | EPISODE226 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 09/02/2013 09:00 PM EDT | 3:06:18 | EPISODE225 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 08/26/2013 09:00 PM EDT | 3:53:32 | EPISODE224 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 08/19/2013 09:00 PM EDT | 3:22:37 | EPISODE223 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 08/12/2013 09:00 PM EDT | 3:28:19 | EPISODE222 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 08/05/2013 09:00 PM EDT | 3:14:54 | EPISODE221 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 07/29/2013 09:00 PM EDT | 4:05:24 | EPISODE220 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 07/22/2013 09:00 PM EDT | 2:56:55 | EPISODE219 - Dallas Debt Discussion | DOWNLOAD LISTEN |
| 07/15/2013 09:00 PM EDT | 3:43:32 | EPISODE218 - Dallas Debt Discussion | DOWNLOAD LISTEN |

First ◄ 1 2 3 4 5 ► Last

REVIEWS


EXHIBIT
B
Blumberg No. 5119

- Reviewer: applesandoranges 09/09/13 08:26 PM EDT

- Reviewer: Osbogosley 06/03/13 08:39 PM EDT

- Reviewer: unitedonestates 06/03/13 08:38 PM EDT

- Reviewer: ngonea 06/03/13 08:36 PM EDT

- Reviewer: happy acres 06/03/13 08:36 PM EDT

Show #42 - Reviewer: boltville 08/25/10 07:36 AM EDT
Full Comment: Best Show I ever listened to! God Bless you all Dave. I am a regular
listener from Canada and yes it is a Domino effect. I have known this ever since
Florida did the first ever default on US governement Bonds. I knew then it was a long
fall and a long way back up.

One of the best calls on Talkshoe!!! - Reviewer: VictoriaWarrior 07/12/10 10:28 PM
EDT
Full Comment: See Dave's web page at www.MyPrivateAudio.com for access to
documents he mentions on the call. Dave this was a great call with Sam Davis. Thanks
for having it. Luv ya, V

great site to learn - Reviewer: eValueNet 04/19/10 11:21 PM EDT
Full Comment: SEDM.org

TalkShoe Overload - Reviewer: Dipsy 04/05/10 09:02 PM EDT
Full Comment: If im about during live shows i have alternative audio feed here
http://www.veetle.com/v/4bb6a29b12f8c

claim to Sovereignty - Reviewer: jaguar04 02/13/10 03:55 PM EST
Full Comment: For those how are taking the responsibility to learn that the living
breathing human being is the true Sovereign. We are the source. I've only listened to
one program and ask Dave Mack to send me a transcript. It was done with in a couple
of hours with no marketing bs you get from other educational Creditors. Awesome.
Thank You for the service to are providing to free the people's minds. As far as the

derogatory email you received I believe that people have to listen to their hearts and
take personal responsibility.

cr cr cr - Reviewer: trustsrus 12/14/09 08:54 PM EST
Full Comment: lovin it!

DALLAS DEBT - Reviewer: spike444 07/13/09 12:27 PM EDT
Full Comment: It was great talking to you Dave. You have so much to offer to
anyone who is willing to listen and learn. but they must study. Thankyou for all of the
free advice and wisdom you offered. It helped me look at differant angles I whoud
have over looked at.Plase keep up the good work. i will be listening and learning.
Spike444 .

Home | Download | Help | Report a Concern
Terms of Service | Privacy Policy | Contact | Maintenance

Build Number:9760M | Copyright © 2005-2012 TalkShoe

# Archive for the '**Dave Mack**' Tag

## Foreclosure Help-Fight Back! The Banksters and their Crimes: Where Does the Fraud Begin?    Leave a comment



(http://givemelibertynowblog.files.wordpress.com/2012/10/too-big-to-fail-meet-too-big-to-ignore.jpg)

This document (http://givemelibertynowblog.files.wordpress.com/2012/10/where_does_the_fraud_begin-2.pdf) entitled Where Does the Fraud Begin, courtesy of Dave Mack of What Lies in Your Debt (http://knockoutcollectors.com), a wonderful man who has helped so many people with their foreclosures and debt problems, explains the fraud of the mortgage industry.

It has law in it, and instructions on how to report the fraud to the FBI.  Basically, the banks are counterfeiting your signature over and over again to collect a debt that basically doesn't exist.  Without a wet ink contract, we're talking RICO, fraud, counterfeiting, among other federal crimes.

If you or someone you know is going through a foreclosure, the best thing you can do to fight back is read this document, follow the instructions, and FOLLOW THROUGH.

Please pass this on to everyone you know.


Posted October 27, 2012 by givemelibertynow in Banking Fraud and Criminality, Corruption, Empowerment, THE REVOLUTION

Tagged with Dave Mack, foreclosure help, Where does the fraud begin


Blog at WordPress.com. The Andrea Theme.



# DomainTools

| Enter a domain name | Whois Search ▾ | Search |

| HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT |

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > KnockoutCollectors.net

## KnockoutCollectors.net Whois Record

Like  11k  +1  Follow

**Equifax® Official Site**
www.Equifax.com
Get Unlimited Access To
Equifax Scores & ID Protection.
Start Now!

**Check Your Credit**
www.FreeCreditReport.com
Official Site
FreeCreditReport.com®.
America's #1 Report & Score.

**Credit Card Debt Relief**
FastTrackDebtRelief.com
Pay Only a Portion of Your
Balance! 1 Easy Monthly Pymt.
Feat. on CNN

**Official Site - Experian®**
www.Experian.com
Your Credit Report & Score
Direct From Experian. Easy to
Read Online.

**3 Credit Scores (Free)**
FreeScore360.com
View your latest Credit Scores
from All 3 bureaus in 60
seconds for $0!

## 3 Credit Scores (Free)
FreeScore360.com

View your latest Credit Scores from All 3 bureaus in 60 seconds for $0!

| Whois Record | Site Profile | Registration | Server Stats | For Sale |

View Screenshot History for knockoutcollectors.net

Reverse Whois: "Mack Marketing Group" owns about  4 other domains
Registrar History: 1 registrar
NS History: 1 change on 2 unique name servers over 2 years.
IP History: 2 changes on 3 unique IP addresses over 2 years.
Whois History: 14 records have been archived since 2011-04-16 .
Reverse IP: 116,220 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for knockoutcollectors.net

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now?

**What's This Domain Worth?**
FIND OUT AT
DOMAININDEX.COM

Country TLDs | General TLDs

Available domains for registration:

| ☐ KnockoutCollectors.at | Register |
| ☐ KnockoutCollectors.be | Register |
| ☐ KnockoutCollectors.ch | Register |
| ☐ KnockoutCollectors.cn | Register |
| ☐ KnockoutCollectors.co.uk | Register |
| ☐ KnockoutCollectors.de | Register |

FreeCreditSco

```
Domain Name: KNOCKOUTCOLLECTORS.NET
Registrar URL: http://www.godaddy.com
Registrant Name: David Mack
Registrant Organization: Mack Marketing Group
Name Server: NS71.DOMAINCONTROL.COM
Name Server: NS72.DOMAINCONTROL.COM
```



EXHIBIT
C
Blumberg No. 5119

| Whois Record | Site Profile | **Registration** | Server Stats | For Sale |

## Registration

| | |
|---|---|
| ICANN Registrar: | GODADDY.COM, LLC |
| Created: | 2011-04-14 |
| Expires: | **2014-04-14**   Backorder Now or Hire a domain broker |
| Updated: | 2013-04-08 |
| Registrar Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Server: | NS71.DOMAINCONTROL.COM (has 35,992,434 domains) |
| | NS72.DOMAINCONTROL.COM (has 35,992,434 domains) |
| Whois Server: | whois.godaddy.com |
| General TLDs: | KnockoutCollectors.com ⬤  (registered and active website) |
| | KnockoutCollectors.net ⬤  (registered and active website) |
| | KnockoutCollectors.org ◯  (never registered before) |
| | KnockoutCollectors.info ◯  (never registered before) |
| | KnockoutCollectors.biz ◯  (never registered before) |
| | KnockoutCollectors.us ◯  (never registered before) |

| Whois Record | **Site Profile** | Registration | Server Stats | For Sale |

## Site Profile and Search Rank

| | |
|---|---|
| Website Title: | ◌  What Lies In Your Debt?® |
| Title Relevancy | **100%** |
| AboutUs: | ▨ Wiki article on Knockoutcollectors.com |
| SEO Score: | **79%** |
| Terms: | **1475** (Unique: 540, Linked: 33) |
| Images: | **12** (Alt tags missing: 0) |
| Links: | **24**   (Internal: 21, Outbound: 1) |
| iFrames: | **2**   ( Parts of page not indexable by most search engines. ) |
| Similar Domains: | knockonthedoor.com, knockout-kobe.com, knockonwoodfurnitureri.com, knockonwoodbb.com, knockout-records.com, knockonwoodwood.com, knockout-hitchcovers.com, knockonwoodcard.com, knockonwoodskateboards.com, knockout-deals.com, knockonthedooronline.com, knockout-pocket.com, knockout-online.com, knockout-training.com |
| Domains For Sale: | newbieknockout.com, knockoutmusic.com, totalknockout.com, teamknockout.com, knockouttime.com, knockouthunger.com, knockoutgear.com, knockoutdesigns.com, knockoutclothing.com, knockoutchallenge.com, knockoutcafe.com, knockoutapparel.com, xtremeknockouts.com, techknockout.com, pandaknockout.com, newbiesknockout.com |

CM/ECF LIVE - U.S. District Court:txed-Query

# Select A Person

## There were 14 matching people.

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E    (pty)

Mack, David E.    (pty)

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/24/2013 15:12:10 | | |
| **PACER Login:** | bm2418 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Mack First Name: David |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



# Select A Case

### David E Mack is a party in 2 cases.

<u>4:11-cv-00343-MHS-ALM</u>   Mack v. Palisades Collection LLC et al   filed 06/10/11   closed 11/30/11

<u>4:11-cv-00348-RAS-DDB</u>    Mack v. Scott et al           filed 06/13/11   closed 05/08/12

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/24/2013 15:12:42 | | |
| **PACER Login:** | bm2418 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Mack First Name: David |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**4:11-cv-00343-MHS-ALM** Mack v. Palisades Collection LLC et al

Michael H. Schneider, presiding

Amos L. Mazzant, referral

**Date filed:** 06/10/2011

**Date terminated:** 11/30/2011

**Date of last filing:** 11/30/2011

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* *Entered:* | 06/10/2011 06/13/2011 | Complaint |
| 2 | *Filed:* *Entered:* *Terminated:* | 06/10/2011 06/13/2011 06/14/2011 | Motion for Leave to Proceed in forma pauperis |
| 3 | *Filed:* *Entered:* | 06/10/2011 06/13/2011 | Case Referred to Magistrate Judge |
| | *Filed & Entered:* | 06/13/2011 | Notice of Magistrate Availability |
| | *Filed & Entered:* | 06/13/2011 | Remark |
| 4 | *Filed:* *Entered:* | 06/13/2011 06/14/2011 | Amended Complaint |
| 5 | *Filed & Entered:* | 06/14/2011 | Order on Motion for Leave to Proceed in forma pauperis |
| 6 | *Filed & Entered:* | 06/14/2011 | Summons Issued |
| 7 | *Filed & Entered:* | 06/14/2011 | Summons Issued |
| 8 | *Filed:* *Entered:* | 07/05/2011 07/12/2011 | Summons Returned Executed |
| 9 | *Filed:* *Entered:* | 07/18/2011 07/20/2011 | Request for Entry of Default by Clerk |
| 10 | *Filed:* *Entered:* | 07/18/2011 07/20/2011 | Clerk's Entry of Default |
| 11 | *Filed:* *Entered:* *Terminated:* | 07/19/2011 07/20/2011 10/14/2011 | Motion for Default Judgment |
| 12 | *Filed & Entered:* | 07/20/2011 | Summons Returned Executed |
| 13 | *Filed & Entered:* | 07/21/2011 | Answer to Amended Complaint |
| 14 | *Filed & Entered:* *Terminated:* | 07/22/2011 09/12/2011 | Motion to Dismiss |
| 15 | *Filed & Entered:* | 07/22/2011 | Answer to Amended Complaint |

| 16 | Filed & Entered: 07/22/2011 | Answer to Amended Complaint |
| | Filed & Entered: 07/25/2011 | Notice of Deficiency |
| | Filed & Entered: 07/25/2011 | Notice of Deficiency |
| | Filed: 07/25/2011 Entered: 07/26/2011 | Case Assigned/Reassigned |
| 17 | Filed: 07/25/2011 Entered: 07/26/2011 | Order |
| | Filed & Entered: 07/26/2011 | Add and Terminate Judges |
| 18 | Filed: 08/01/2011 Entered: 08/08/2011 | Acknowledgment of Receipt |
| 19 | Filed & Entered: 08/10/2011 | Order |
| 20 | Filed: 08/10/2011 Entered: 08/11/2011 Terminated: 10/14/2011 | Motion to Quash |
| 21 | Filed: 08/10/2011 Entered: 08/11/2011 Terminated: 08/15/2011 | Motion to Quash |
| 22 | Filed & Entered: 08/15/2011 | Report and Recommendations |
| 23 | Filed & Entered: 08/15/2011 | Order on Motion to Quash |
| 24 | Filed: 08/16/2011 Entered: 08/24/2011 | Acknowledgment of Receipt |
| 25 | Filed: 08/22/2011 Entered: 08/25/2011 | Acknowledgment of Receipt |
| 26 | Filed & Entered: 08/29/2011 | Response in Opposition to Motion |
| 27 | Filed & Entered: 08/31/2011 | Report and Recommendations |
| 28 | Filed & Entered: 09/12/2011 | Memorandum & Opinion |
| 29 | Filed & Entered: 09/15/2011 | Report and Recommendations |
| 30 | Filed & Entered: 09/19/2011 | Acknowledgment of Receipt |
| 31 | Filed & Entered: 09/19/2011 | Scheduling Order |
| 32 | Filed: 09/26/2011 Entered: 09/27/2011 | Acknowledgment of Receipt |
| 33 | Filed & Entered: 09/27/2011 | Acknowledgment of Receipt |
| 34 | Filed & Entered: 10/06/2011 | Notice (Other) |
| 35 | Filed: 10/06/2011 Entered: 10/07/2011 | Summons Issued |
| 36 | Filed & Entered: 10/07/2011 Terminated: 10/11/2011 | Motion to Continue |
| 37 | Filed & Entered: 10/10/2011 | Corporate Disclosure Statement |

| <u>38</u> | _Filed & Entered:_ 10/11/2011 | 🌐 Order |
|---|---|---|
| <u>39</u> | _Filed & Entered:_ 10/14/2011 | 🌐 Order Adopting Report and Recommendations |
| <u>40</u> | _Filed & Entered:_ 10/14/2011 | 🌐 Order Adopting Report and Recommendations |
| <u>41</u> | _Filed & Entered:_ 10/17/2011 | 🌐 Answer to Complaint |
| <u>42</u> | _Filed & Entered:_ 10/17/2011 | 🌐 Answer to Complaint |
| <u>43</u> | _Filed & Entered:_ 10/17/2011 <br> _Terminated:_ 11/30/2011 | 🌐 Motion to Vacate |
| <u>44</u> | _Filed & Entered:_ 10/17/2011 <br> _Terminated:_ 11/30/2011 | 🌐 Motion to Vacate |
| <u>45</u> | _Filed & Entered:_ 10/17/2011 | 🌐 Notice of Settlement |
| <u>46</u> | _Filed & Entered:_ 10/18/2011 <br> _Terminated:_ 11/30/2011 | 🌐 Motion to Vacate |
| <u>47</u> | _Filed:_ 10/18/2011 <br> _Entered:_ 10/19/2011 | 🌐 Acknowledgment of Receipt |
| <u>48</u> | _Filed:_ 10/18/2011 <br> _Entered:_ 10/25/2011 <br> _Terminated:_ 10/26/2011 | 🌐 Motion to Dismiss |
| | _Filed & Entered:_ 10/24/2011 | 🌐 Notice of Hearing |
| <u>49</u> | _Filed & Entered:_ 10/26/2011 | 🌐 Order on Motion to Dismiss |
| <u>50</u> | _Filed & Entered:_ 11/01/2011 | 🌐 Order |
| <u>53</u> | _Filed:_ 11/07/2011 <br> _Entered:_ 11/15/2011 | 🌐 Acknowledgment of Receipt |
| <u>51</u> | _Filed & Entered:_ 11/08/2011 <br> _Terminated:_ 11/15/2011 | 🌐 Motion to Set Aside Judgment |
| <u>52</u> | _Filed & Entered:_ 11/08/2011 <br> _Terminated:_ 11/30/2011 | 🌐 Motion to Dismiss |
| <u>54</u> | _Filed & Entered:_ 11/15/2011 | 🌐 Order on Motion to Set Aside Judgment |
| <u>55</u> | _Filed:_ 11/21/2011 <br> _Entered:_ 11/23/2011 | 🌐 Mail Returned |
| <u>56</u> | _Filed & Entered:_ 11/30/2011 | 🌐 Order on Motion to Dismiss |
| <u>57</u> | _Filed & Entered:_ 11/30/2011 | 🌐 Judgment |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/24/2013 15:13:53 | | | |
| **PACER Login:** | bm2418 | **Client Code:** | |
| **Description:** | History/Documents | **Search** | 4:11-cv-00343-MHS- |

| | | Criteria: | ALM |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| Pacer Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Thu Oct 24 15:14:43 2013 | | | |
| **Pacer Login:** | bm2418 | **Client Code:** | |
| **Description:** | Image1-0 | **Case Number:** | 4:11-cv-00343-MHS-ALM |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

View Document

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT
'II JUN 10 PM 4: 28
TEXAS-EASTERN

BY_____

| | |
|---|---|
| David E Mack | ) |
|     Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| MICHAEL J. SCOTT, P.C. | ) |
| PALISADES COLLECTION, L.L.C. | ) |
| Michael J. Scott, SBN: 24000876 | ) |
| John Does 1 thru 10 | ) |
|     Defendants | ) |
| | ) |

Case No 4:11cv343

Judge Schneider

Trial by Jury Demanded

## ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FDCPA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. § 1692k(d), 28 U.S.C § 1331.

### PARTIES

2. The Plaintiff in this lawsuit is David Mack, a natural person, who resides in Collin County, Texas.

3. The Defendants in this lawsuit are as follows:

    a. PALISADES COLLECTION L.L.C. (hereinafter PALISADES) is a Foreign Corporation and subsidiary of ASTA FUNDING INC. and according to knowledge and belief is not licensed to do business in Texas.

    b.  MICHAEL J. SCOTT P.C. (hereinafter MJSPC) is a Law Firm located in

       Carrollton, Texas whose primary business is debt collection and litigation.

    c.  Michael J. Scott SBN: 24000876 is an attorney and principal of MJSPC.

## VENUE

4.  The occurrences which give rise to this action occurred in Collin County,

    Texas and Plaintiff resides in Collin County.

5.  Venue is proper in the Eastern District of Texas Sherman Division.

## GENERAL ALLEGATIONS

6.  Defendant PALISADES sent a collection notice to Plaintiff for an alleged debt

    owed to PALISADES account #4417122379005839 dated May 29, 2009.

7.  Plaintiff sent a cease and desist notice as well as a dispute and demand for

    validation of the alleged debt in a letter dated June 4, 2009 sent by certified

    mail # 70081300000038359496 which was received by PALISADES on June

    2009.

8.  Plaintiff received a reply from PALISADES of nothing other than copies of a

    couple alleged credit card account statements with no signed verification or

    accounting of the alleged account or copy of any signed contract or agreement.

9.  Plaintiff received another collection notice from PALISADES dated October

    26, 2010.

10. Plaintiff again requested proper validation and gave notice to cease and desist once again from any further collection until validation was provided.

11. The validation demand was sent by certified mail # 700922500003722208009 and Plaintiff received nothing more than a couple alleged account statement copies with no signed verification, accounting, or copy of any alleged signed contract or agreement.

12. Plaintiff received another collection notice from MJSPC signed by Michael J. Scott on behalf of PALISADES dated March 16, 2011 with no prior validation being provided as previously requested by Plaintiff on multiple occasions.

13. Plaintiff sent yet another demand to cease and desist collection and to validate the alleged debt to MJSPC in a letter dated March 24, 2011 by certified mail # 70092820000083123696 which was received by Defendants on March 26, 2011.

## COUNT I

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 U.S.C. § 1692g(B) BY DEFENDANTS PALISADES, MJSPC,  AND MICHAEL J. SCOTT

14. Paragraphs 1 through 13 are realleged as though fully set forth herein.

15. Plaintiff is a consumer within the meaning of the FDCPA § 1692a(3).

16. PALISADES, MJSPC, and Michael J. Scott are debt collectors within the meaning of the FDCPA § 1692a(6).

17. Plaintiff, as a consumer, received a collection notice from MJSPC signed by Michael J. Scott on behalf of PALISADES dated March 31, 2011.

18. Defendants, as debt collectors, violated U.S.C. Title 15 § 1692g(B) by sending a collection notice to Plaintiff, who is a consumer, when several previous demands for validation and demands to cease and desist from collection activities sent to PALISADES, MJSPC and Michael J. Scott had not been complied with.

Wherefore, Plaintiff demands judgment for statutory damages of $1000.00, attorney's fees, and costs pursuant to 15 U.S.C. § 1681n from each and every Defendant.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 10, 2011

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642

Original Complaint for Violations of the FDCPA   Page 4 of 5

Service to:

PALISADES COLLECTION, LLC
210 Sylvan Avenue
Englewood Cliffs, NJ 07632

MICHAEL J. SCOTT, P.C.
1120 Metrocrest Drive
Carrollton, Texas 75006

Michael J. Scott
1120 Metrocrest Drive
Carrollton, Texas 75006

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| Pacer Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Thu Oct 24 15:20:57 2013 | | | |
| **Pacer Login:** | bm2418 | **Client Code:** | |
| **Description:** | Image1-0 | **Case Number:** | 4:11-cv-00348-RAS-DDB |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

View Document

FILED-CLERK
U.S. DISTRICT COURT

2011 JUN 13  PM 4: 05

## UNITED STATES DISTRICT COURT TEXAS-EASTERN
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

BY_____

| | | |
|---|---|---|
| **David E Mack** | ) | |
| **Plaintiff** | ) | |
| | ) | Case No. 4:11cv348 |
| **vs** | ) | |
| | ) | |
| **MICHAEL J. SCOTT, P.C.** | ) | Judge Schell |
| **ADVANTAGE ASSETS II, INC** | ) | |
| **Michael J. Scott, SBN: 24000876** | ) | **Trial by Jury Demanded** |
| **Jessica Eckstein, SBN: 24043624** | ) | |
| **Leonard Pruzansky** | ) | |
| **Timothy Feldman** | ) | |
| **John Doe(s) 1 thru 10** | ) | |
| **Defendants** | ) | |
| | ) | |

## ORIGINAL COMPLAINT FOR VIOLATION
## OF THE FDCPA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. § 1692k(d), 28 U.S.C § 1331.

### PARTIES

2. The Plaintiff in this lawsuit is David E Mack, a natural person, who resides in

   Collin County, Texas.

3. The Defendants in this lawsuit are as follows:

a.  ADVANTAGE ASSETS II, INC. (hereinafter ADVANTAGE) is a junk

debt buyer and debt collection firm based in Houston, Texas.

b.  MICHAEL J. SCOTT P.C. (hereinafter MJSPC) is a Law Firm located in

Carrollton, Texas whose primary business is debt collection and litigation.

c.  Michael J. Scott SBN: 24000876 is an attorney and principal of MJSPC

d.  Jessica Eckstein SBN: 24043624 is an attorney employed by MJSPC.

e.  Leonard Pruzansky is CEO/CHAIRMAN of ADVANTAGE ASSETS II,

INC.

f.  Timothy Feldman is President of ADVANTAGE ASSETS II, INC.

## VENUE

4.  The occurrences which give rise to this action occurred in Collin County,

Texas and Plaintiff resides in Collin County.

5.  Venue is proper in the Eastern District of Texas Sherman Division.

## GENERAL ALLEGATIONS

6.  Defendant MJSPC sent a collection notice to Plaintiff in or about August of

2009 on behalf of ADVANTAGE for a debt alleged to be owed to

ADVANTAGE, account #6035320262994229.

7.  Plaintiff sent a dispute and cease and desist from collection demand for

validation of the alleged debt to MJSPC in a letter dated September 14, 2009

sent registered mail # RE360602859US which was received by MJSPC on

September 21, 2009 signed for by B. Shelly.

8.  Plaintiff also sent the same dispute dated September 14, 2009 directly to

ADVANTAGE by registered mail #RE360602831US which was received and

signed for on September 23, 2009 on USPS Form 3811.

9.  Plaintiff did not receive any response for over a year to either demand to

validate the alleged debt sent to MJSPC AND ADVANTAGE.

10.  On December 24, 2010, *15 months after making demand for validation*

*of the alleged debt to ADVANTAGE and MJSPC*, Plaintiff received a letter

from MJSPC dated December 20, 2010 with what appeared to be a **"robo-**

**signed"** document with the title "AFFIDAVIT OF ACCOUNT" enclosed.

11.  The document entitled "AFFIDAVIT OF ACCOUNT" was allegedly signed

by Leonard Pruzansky, a principal of ADVANTAGE, and made some vague

statements as to the alleged source and amount of the debt alleged to be owed

to ADVANTAGE with no other supporting documentation of any type.

12.  Plaintiff has never before seen, and has no knowledge of, what an

"AFFIDAVIT OF ACCOUNT" document is or what its purpose is.

13.  Plaintiff notes that the "AFFIDAVIT OF ACCOUNT" document received

from MJSPC does contain markings appearing to indicate it was produced in a

mass production **"robo-signing"** process including barcodes and a specific

number on the document to assist with tracking.

## <u>COUNT I</u>

**VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
(FDCPA) 15 U.S.C. § 1692g(B) BY DEFENDANTS ADVANTAGE,
MJSPC,  Michael J. Scott, Jessica Eckstein, Leonard Pruzansky and
Timothy Feldman**

14. Paragraphs 1 through 13 are realleged as though fully set forth herein.

15. Plaintiff is a consumer within the meaning of the FDCPA § 1692a(3).

16. ADVANTAGE, MJSPC, Michael J. Scott, Jessica Eckstein, Leonard

   Pruzansky and Timothy Feldman are debt collectors within the meaning of the

   FDCPA § 1692a(6).

17. Plaintiff, as a consumer, received a letter from MJSPC dated December 20,

   2010 stating they had done an investigation and "<u>were resuming collection</u>

   <u>activity</u>" on the debt alleged to be owed to ADVANTAGE by Plaintiff and

   enclosed was the aforementioned "AFFIDAVIT OF ACCOUNT".

18. The letter received by Plaintiff from MJSPC stated *"PLEASE BE ADVISED*

   *THAT THE PURPOSE OF THIS LETTER IS TO COLLECT A DEBT, AND*

   *ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT*

   *PURPOSE"* and was signed "Michael J. Scott/Jessica Eckstein".

19. Defendants, as debt collectors, violated U.S.C. Title 15 § 1692g(B) by sending

a collection notice to Plaintiff when a previous demand for validation and

demand to cease and desist from collection activities sent to MJSPC **AND**

**ADVANTAGE** had not been complied with as required under the FDCPA.

Wherefore, Plaintiff demands judgment for statutory damages of

$1000.00 pursuant to 15 U.S.C. § 1692k(2)(A), attorney's fees, and costs <u>against</u>

<u>each and every Defendant</u>.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 13, 2011
Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642

Service to:

ADVANTAGE ASSETS II, INC.
7322 Southwest Freeway Suite 1600
Houston, Texas 77074

Leonary Pruzansky
7322 Southwest Freeway Suite 1600
Houston, Texas 77074

MICHAEL J. SCOTT, P.C.
1120 Metrocrest Drive
Carrollton, Texas 75006

Timothy Feldman
7322 Southwest Freeway Suite 1600
Houston, Texas 77074

Michael J. Scott
1120 Metrocrest Drive
Carrollton, Texas 75006

Jessica Eckstein
1120 Metrocrest Drive
Carrollton, Texas 75006

Case 4:13-cv-00544-RC-ALM　Document 6-1　Filed 12/18/13　Page 31 of 45 PageID #: 59

**4:11-cv-00348-RAS-DDB** Mack v. Scott et al

Richard A. Schell, presiding
Don D. Bush, referral
**Date filed:** 06/13/2011
**Date terminated:** 05/08/2012
**Date of last filing:** 05/08/2012

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed:* | 06/13/2011 | Notice of Magistrate Availability |
| | *Entered:* | 06/14/2011 | |
| 1 | *Filed:* | 06/13/2011 | Complaint |
| | *Entered:* | 06/14/2011 | |
| 2 | *Filed:* | 06/13/2011 | Motion for Leave to Proceed in forma pauperis |
| | *Entered:* | 06/14/2011 | |
| | *Terminated:* | 08/26/2011 | |
| 3 | *Filed:* | 06/13/2011 | Notice (Other) |
| | *Entered:* | 06/14/2011 | |
| 4 | *Filed:* | 06/13/2011 | Case Referred to Magistrate Judge |
| | *Entered:* | 06/14/2011 | |
| 5 | *Filed & Entered:* | 08/26/2011 | Order on Motion for Leave to Proceed in forma pauperis |
| 6 | *Filed & Entered:* | 08/29/2011 | Order |
| 7 | *Filed & Entered:* | 09/01/2011 | Report of Rule 26(f) Planning Meeting |
| 18 | *Filed:* | 09/02/2011 | Acknowledgment of Receipt |
| | *Entered:* | 09/19/2011 | |
| 8 | *Filed & Entered:* | 09/09/2011 | Amended Complaint |
| 9 | *Filed & Entered:* | 09/09/2011 | Motion for Miscellaneous Relief |
| | *Terminated:* | 09/20/2011 | |
| 10 | *Filed & Entered:* | 09/12/2011 | Summons Issued |
| 11 | *Filed & Entered:* | 09/12/2011 | Summons Issued |
| 12 | *Filed & Entered:* | 09/12/2011 | Summons Issued |
| 13 | *Filed & Entered:* | 09/12/2011 | Summons Issued |
| 14 | *Filed & Entered:* | 09/12/2011 | Summons Issued |
| 15 | *Filed & Entered:* | 09/12/2011 | Summons Issued |
| 16 | *Filed & Entered:* | 09/15/2011 | Answer to Amended Complaint |
| 17 | *Filed & Entered:* | 09/15/2011 | Motion to Strike |

| | | | |
|---|---|---|---|
| | *Terminated:* | 09/20/2011 | |
| 19 | *Filed & Entered:* | 09/19/2011 | 🌐 Acknowledgment of Receipt |
| 20 | *Filed & Entered:* | 09/20/2011 | 🌐 Order on Motion for Miscellaneous Relief |
| 21 | *Filed & Entered:* | 09/27/2011 | 🌐 Acknowledgment of Receipt |
| 22 | *Filed:*<br>*Entered:* | 10/05/2011<br>10/07/2011 | 🌐 Scheduling Order |
| 23 | *Filed:*<br>*Entered:* | 10/05/2011<br>10/07/2011 | 🌐 Order Referring Case to Mediator |
| 24 | *Filed:*<br>*Entered:* | 10/14/2011<br>10/19/2011 | 🌐 Acknowledgment of Receipt |
| 25 | *Filed & Entered:* | 10/28/2011 | 🌐 Answer to Amended Complaint |
| 26 | *Filed & Entered:* | 10/28/2011 | 🌐 Answer to Amended Complaint |
| 27 | *Filed & Entered:* | 10/28/2011 | 🌐 Answer to Amended Complaint |
| 28 | *Filed & Entered:* | 11/14/2011 | 🌐 Notice of Settlement |
| 29 | *Filed & Entered:*<br>*Terminated:* | 11/14/2011<br>05/08/2012 | 🌐 Motion to Dismiss |
| 30 | *Filed & Entered:*<br>*Terminated:* | 02/10/2012<br>05/08/2012 | 🌐 Motion to Dismiss |
| | *Filed & Entered:* | 04/04/2012 | 🌐 Set/Reset Hearings |
| 31 | *Filed & Entered:* | 05/08/2012 | 🌐 Order on Motion to Dismiss |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/24/2013 15:19:53 | | |
| **PACER Login:** bm2418 | **Client Code:** | |
| **Description:** History/Documents | **Search Criteria:** | 4:11-cv-00348-RAS-DDB |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

# Select A Case

### David E Mack is a party in 4 cases.

4:11-cv-00344-MHS-ALM    Mack v. Palisades Collection LLC et al    filed 06/10/11    closed 11/30/11

4:11-cv-00347-MHS-ALM    Mack v. J. A. Cambece Law Office et al    filed 06/13/11    closed 10/20/11

4:11-cv-00771-MHS-ALM    Mack v. Second Round LP    filed 11/23/11    closed 12/29/11

4:12-cv-00314-RC-ALM    Mack v. Capital Management Services LP    filed 05/21/12    closed 10/07/13

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/24/2013 15:21:46 | | |
| **PACER Login:** | bm2418 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Mack First Name: David |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# Select A Case

## David E Mack is a party in 3 cases.

4:11-cv-00348-RAS-DDB     Mack v. Scott et al     filed 06/13/11   closed 05/08/12

4:11-cv-00349-RAS-DDB     Mack v. Scott et al     filed 06/13/11   closed 05/08/12

4:11-cv-00350-MHS-ALM   Mack v. Scott PC, et al   filed 06/13/11   closed 12/02/11

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/24/2013 15:22:16 | | | |
| **PACER Login:** | bm2418 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Mack First Name: David |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**4:11-cv-00731-RAS-DDB** Mack v. Firstsource Advantage, LLC.

Richard A. Schell, presiding
Don D. Bush, referral
**Date filed:** 11/08/2011
**Date terminated:** 09/28/2012
**Date of last filing:** 09/28/2012

## Query

Alias
Associated Cases
Attorney
Case File Location...
Case Summary
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
Party
Related Transactions...
Status
View a Document

## Selection Criteria for Query

| Name Criteria | David Mack |
|---|---|
| Name Matched | David E Mack |
| Case Status | All |

**4:11-cv-00757-RAS-DDB** Mack v. Zwicker & Associates, P.C. et al

Richard A. Schell, presiding

Don D. Bush, referral

**Date filed:** 11/18/2011

**Date terminated:** 09/28/2012

**Date of last filing:** 09/28/2012

## Query

Alias

Associated Cases

Attorney

Case File Location...

Case Summary

Deadlines/Hearings...

Docket Report ...

Filers

History/Documents...

Party

Related Transactions...

Status

View a Document

### Selection Criteria for Query

| Name Criteria | David Mack |
|---|---|
| Name Matched | David E Mack |
| Case Status | All |

**4:11-cv-00793-DDB** Mack v. Equable Ascent Financial, LLC
Don D. Bush, presiding
**Date filed:** 12/02/2011
**Date terminated:** 01/18/2013
**Date of last filing:** 09/06/2013

## Query

Alias
Associated Cases
Attorney
Case File Location...
Case Summary
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
Party
Related Transactions...
Status
View a Document

### Selection Criteria for Query

| Name Criteria | David Mack |
|---|---|
| Name Matched | David E Mack |
| Case Status | All |

**4:11-cv-00814-RC-ALM** Mack v. Firstsource Advantage, LLC.

Ron Clark, presiding

Amos L. Mazzant, referral

**Date filed:** 12/12/2011

**Date terminated:** 06/07/2012

**Date of last filing:** 06/07/2012

**Query**

Alias

Associated Cases

Attorney

Case File Location...

Case Summary

Deadlines/Hearings...

Docket Report ...

Filers

History/Documents...

Party

Related Transactions...

Status

View a Document

## Selection Criteria for Query

| Name Criteria | David Mack |
|---|---|
| Name Matched | David E Mack |
| Case Status | All |

**4:11-cv-00831-RAS-DDB** Mack v. West Asset Management et al

Richard A. Schell, presiding

Don D. Bush, referral

**Date filed:** 12/15/2011

**Date terminated:** 09/28/2012

**Date of last filing:** 09/28/2012

## Query

Alias

Associated Cases

Attorney

Case File Location...

Case Summary

Deadlines/Hearings...

Docket Report ...

Filers

History/Documents...

Party

Related Transactions...

Status

View a Document

### Selection Criteria for Query

| Name Criteria | David Mack |
|---|---|
| Name Matched | David E Mack |
| Case Status | All |

**4:11-cv-00830-RAS-DDB** Mack v. Bronson & Migliaccio, LLP
Richard A. Schell, presiding
Don D. Bush, referral
**Date filed:** 12/20/2011
**Date terminated:** 09/28/2012
**Date of last filing:** 09/28/2012

## Query

Alias
Associated Cases
Attorney
Case File Location...
Case Summary
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
Party
Related Transactions...
Status
View a Document

## Selection Criteria for Query

| | |
|---|---|
| **Name Criteria** | David Mack |
| **Name Matched** | David E Mack |
| **Case Status** | All |

**4:12-cv-00303-RC-ALM** Mack v. United Recovery Systems LP
Ron Clark, presiding
Amos L. Mazzant, referral
**Date filed:** 05/16/2012
**Date terminated:** 09/11/2013
**Date of last filing:** 09/11/2013

### Query

Alias
Associated Cases
Attorney
Case File Location...
Case Summary
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
Party
Related Transactions...
Status
View a Document

## Selection Criteria for Query

| Name Criteria | David Mack |
|---|---|
| **Name Matched** | David E Mack |
| **Case Status** | All |

# Select A Case

### David E Mack is a party in 2 cases.

4:12-cv-00304-RC-ALM　　Mack v. NCO Financial Systems, Inc.　filed 05/16/12　closed 02/14/13

4:12-cv-00305-RAS-DDB　　Mack v. Nationwide Credit Inc.　　filed 05/16/12　closed 09/28/12

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/24/2013 15:23:40 | | |
| **PACER Login:** | bm2418 | **Client Code:** |
| **Description:** | Search | **Search Criteria:** | Last Name: Mack First Name: David |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## 4:12-cv-00380-RC-ALM Mack v. Cavalry Portfolio Services, LLC
### Ron Clark, presiding
### Amos L. Mazzant, referral
### Date filed: 06/21/2012
### Date terminated: 11/14/2012
### Date of last filing: 11/14/2012

## Query

    <u>Alias</u>
    <u>Associated Cases</u>
    <u>Attorney</u>
    <u>Case File Location...</u>
    <u>Case Summary</u>
    <u>Deadlines/Hearings...</u>
    <u>Docket Report ...</u>
    <u>Filers</u>
    <u>History/Documents...</u>
    <u>Party</u>
    <u>Related Transactions...</u>
    <u>Status</u>
    <u>View a Document</u>

## Selection Criteria for Query

| | |
|---|---|
| **Name Criteria** | David Mack |
| **Name Matched** | David E Mack |
| **Case Status** | All |

# Select A Case

**David E Mack is a party in 2 cases.**

4:13-cv-00544-RC-ALM  Mack v. Progressive Financial Services, Inc. et al  filed 09/18/13

4:13-cv-00546-RC-ALM  Mack v. First Financial Asset Management, Inc.  filed 09/19/13

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/24/2013 15:24:00 | | |
| **PACER Login:** | bm2418 | **Client Code:** |
| **Description:** | Search | **Search Criteria:** | Last Name: Mack First Name: David |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# 4:13-cv-00615-RAS-DDB Mack v. IC System, Inc.

Richard A. Schell, presiding
Don D. Bush, referral
**Date filed:** 10/21/2013
**Date of last filing:** 10/21/2013

## Query

[Alias](#)
[Associated Cases](#)
[Attorney](#)
[Case File Location...](#)
[Case Summary](#)
[Deadlines/Hearings...](#)
[Docket Report ...](#)
[Filers](#)
[History/Documents...](#)
[Party](#)
[Related Transactions...](#)
[Status](#)
[View a Document](#)

## Selection Criteria for Query

| | |
|---|---|
| **Name Criteria** | David Mack |
| **Name Matched** | David E. Mack |
| **Case Status** | All |