# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID MACK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13cv544 |
| | § | (Judge Mazzant) |
| PROGRESSIVE FINANCIAL | § | |
| SERVICES, INC. | § | |

## ORDER

Defendant Progressive Financial Services, Inc.'s Motion for Security for Costs Under LR CV-65.1(b) (Dkt. #6) was filed on December 18, 2013. The court docket in this matter reflects that Plaintiff has not filed a response.

It is hereby **ORDERED** that Plaintiff shall file a response on or before February 11, 2014, or notify the Court that there is no opposition. If no response is filed by that date, the Court will assume Plaintiff has no opposition to the Court's granting Defendant's motion.

**IT IS SO ORDERED**.

**SIGNED** this 22nd day of January, 2014.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE