IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| David E Mack<br>*Plaintiff,*<br><br>vs<br><br>PROGRESSIVE FINANCIAL<br>SERVICES, INC.,<br>CHRISTOPHER HALE<br>*Defendants.* | § § § § § § § § § § § § | Case No. 4:13-cv-544 |

**FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS JAN 27 2014 BY DAVID J. MALAND, CLERK DEPUTY**

## NOTICE OF INTENT TO FILE RESPONSE AND REQUEST THAT THE COURT DIRECT DEFENDANTS TO MAKE PROPER SERVICE OF ALL COURT FILINGS

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Comes now the Plaintiff who Notices this Honorable Court of his intent to timely file his Opposition to the Defendants' Motion for Security for Costs Under LR CV-65.1(b) as directed in the Court's Order of January 22, 2014. The Plaintiff was not served a copy of the Motion filed by the Defendants as required under FRCP 5 and therefore did not receive notice of the filing of said motion so he could respond. Plaintiff is proceeding *Pro Se* in this matter and is to be served a copy of all filings with the clerk in paper form via US Mail as he is not authorized to use the CM/ECF system and therefore does not receive notice upon the filing of a document with the clerk.

Plaintiff has never waived his right to receive service by mail under Rule 5 and does not intend to do so in the future. Plaintiff requests this Honorable Court direct the Defendants to make proper service to the Plaintiff of all documents and papers filed with the Court in the future as required by FRCP 5(b)(2)(E).

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated: January 27, 2014

David E Mack

Robbie Malone
ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231