# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13cv544 |
| | § | (Judge Clark/Judge Mazzant) |
| PROGRESSIVE FINANCIAL | § | |
| SERVICES, INC., CHRISTOPHER HALE | § | |

## ORDER

Pending before the Court is Plaintiff's Memorandum in Support of Motion for Leave to File Amended Pleading (Dkt. #12). The Court finds the motion should be GRANTED.

**IT IS SO ORDERED**.

**SIGNED this 30th day of January, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE