FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 0 5 2014

DAVID J. MALAND, CLERK
BY
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| David E Mack | § | |
| *Plaintiff,* | § | Case No.  4:13-cv-544 |
| | § | |
| vs | § | |
| | § | |
| PROGRESSIVE FINANCIAL | § | |
| SERVICES, INC., | § | |
| CHRISTOPHER HALE | § | |
| *Defendants.* | § | |
| | § | |

## NOTICE OF SERVICE OF DISCLOSURES REQUIRED BY FED. R. CIV. P. 26(a)(1)

Comes now the Plaintiff who Notices the Court of service of the Disclosures required by Fed. R. Civ. P. 26(a)(1) to counsel of record for the Defendants in this cause of action on February 4, 2014.

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated:  February 5, 2014

David E Mack

ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231