## AFFIDAVIT OF FACT

NOW COMES the Affiant, David E Mack of Dallas, Texas who is over the age of 21 years, competent to testify, and declares as follows under penalty of perjury regarding Case No. 4:13-cv-544; David E. Mack v. Progressive Financial Services, Inc.:

1. That Affiant/Plaintiff does not now, nor has he ever had at any time, any ownership interest in the website *myprivateaudio.com* nor does he operate the website.

2. That Affiant does not now, nor has he ever had at any time, any ownership interest in the website *whatliesinyourdebt.com* nor does he operate the website.

3. That Affiant states that at no time since the time of his registration of the domain names *knockoutcollectors.com* and *knockoutcollectors.net* has there ever been an internet viewable website for either of those domain names.

4. That Affiant has not at any time operated any website that gives *pro se* litigants advice on filing lawsuits.

Exhibit 1

## NOTARY'S VERIFICATION

STATE OF TEXAS §
§
COUNTY OF DALLAS §

On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true and correct. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the statements described herein.

Further the Affiant sayeth naught.

Signed in Dallas, Texas
February 5, 2014

David E. Mack

Name of Notary Jessica T. Pickett
Signature of Notary Jessica T. Pickett  seal

JESSICA T. PICKETT
MY COMMISSION EXPIRES
July 23, 2014