**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 2 0 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **David E. Mack** | § | |
| *Plaintiff,* | § | **Case No. 4:13-cv-544** |
| | § | |
| | § | |
| **vs** | § | |
| | § | |
| **PROGRESSIVE FINANCIAL** | § | |
| **SERVICES, INC.** | § | |
| **CHRISTOPHER HALE** | § | |
| *Defendants.* | § | |
| | § | |

## PLAINTIFF DAVID E. MACK'S AMENDED MOTION TO STRIKE DEFENDANT PROGRESSIVE FINANCIAL SERVICES, INC.'S MOTION FOR SECURITY OF COSTS UNDER LR CV-65.1(b)

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW the Plaintiff, David E. Mack, who brings this Motion to Strike Defendant Progressive Financial Services, INC.'s improperly filed Motion for Security of Costs Under LR CV-65.1(b) and in support of his motion states as follows:

1. The Defendant filed its Motion for Security of Costs Under LR CV-65.1(b) on December 18, 2013 [Doc. 6]. When Defendant filed its motion with the court it was accompanied by four exhibits (A,B,C, and D) which were improperly electronically filed as one pdf document rather than as separate exhibits as required by court rules.

2. Local Rule CV-7(h) requires the parties to confer before filing a motion and to attach a certificate of conference with the motion when it is filed as required by Local Rule CV-7(i). Counsel for the Defendant failed to confer or discuss its motion with the Plaintiff until January 10, 2014 which was **over three weeks after the filing of the motion.**

3. Defendant failed to attach a certificate of conference to its motion when it was filed as required by Local Rule CV-7(i).

4. Defendant failed to send a copy of the filed motion to the Plaintiff as required by FRCP 5 yet stated in the certificate of service attached to the motion that service had been made by to the Plaintiff by certified mail when it was not.

5. When Defendant filed its response to Plaintiff's response to the motion it again failed to send a copy of the filed document to the Plaintiff as required by FRCP 5 yet stated in the certificate of service attached to the response that service had been made by certified mail when it was not. [Doc. 20]

6. Defendant has failed to follow numerous rules in filing its motion for security of costs and making proper service of the filing and for the aforementioned reasons Defendant Progressive Financial Services, INC.'s Motion for Security of Costs Under LR-65.1(b) should be stricken from the record.

   WHEREFORE, Plaintiff moves this Honorable Court to issue an Order Striking Progressive Financial Services, INC.'s motion for security of costs under LR-65.1(b) from the record.

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document(s) was sent to the below named party by first class USPS mail.

Dated February 20, 2014

_David E Mack_

David E Mack

ROBBIE MALONE, PLLC
Northpark Central, Suite 1850
8750 N. Central Expressway
Dallas, Texas 75231