# Robbie Malone
A Professional Limited Liability Company
Attorneys and Counselors

**Molly Banas, Paralegal**
DIRECT DIAL: (214) 346-2627
E-MAIL: mbanas@rmalonelaw.com

NORTHPARK CENTRAL, SUITE 1850
8750 N. CENTRAL EXPRESSWAY
DALLAS, TEXAS 75231
(214) 346-2630
FAX (214) 346-2631

February 19, 2014

*Via CMRRR 7010 1670 0002 3743 8733*
*Via First Class Mail:*
David E. Mack
7720 McCallum Blvd.
#2099
Dallas, Texas 75252

RE: Cause No. 4:13-CV-544; *David E. Mack v. Progressive Financial Services, Inc.*; pending in the United States District Court for the Eastern District of Texas, Sherman Division

Dear Mr. Mack:

In connection with the above-referenced matter, enclosed please find the Defendant Progressive Financial Services, Inc.'s Reply to our Motion for Security Costs.

If you have any questions, please do not hesitate to call me.

Sincerely,

Molly Banas
Molly Banas

/mkb



M:\219.0000 Progressive Financial Services, Inc\219.0003 David Mack v. Progressive Financial Services, Inc\Correspondence\219.0002L.P04 - Reply to Motion for Security Costs.docx

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID E. MACK
7720 McCALLUM BLVD
# 2099
DALLAS, TX 75252

219.0003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name) David E Mack  C. Date of Delivery 2/21/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7010 1670 0002 3743 8733

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

---

7010 1670 0002 3743 8733

Postage $ .46
Certified Fee 2.10
Return Receipt Fee (Endorsement Required) 2.55
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 10.31

Sent To David E Mack
Street, Apt. No.; or PO Box No. 7720 McCallum Blvd
City, State, ZIP+4 Dallas TX 75252

PS Form 3800, August 2006