IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID E. MACK                          §
    Plaintiff,                     §
                                §
v.                                     §    CIVIL ACTION NO. 4:13-CV-00544
                                §
PROGRESSIVE FINANCIAL                  §
SERVICES, INC., CHRISTOPHER HALE       §
    Defendants.                    §

**AFFIDAVIT OF BARBARA HOERNER**

STATE OF ARIZONA

COUNTY OF MARICOPA

    BEFORE ME, the undersigned authority, on this day personally appeared Barbara Hoerner, known to me to be the person whose name is subscribed on this instrument and, having been first duly sworn, upon her oath deposes and states as follows:

1.    My name is Barbara Hoerner. I am the Corporate Counsel for Progressive Financial Services, Inc. I am over the age of eighteen (18) years, have never been convicted of a felony or a misdemeanor of moral turpitude and am fully competent and qualified to make this Affidavit. I have personal knowledge of all of the facts set forth in this Affidavit and all facts and statements contained herein are true and correct of my own personal knowledge.

2.    Progressive Financial Services, Inc. is a debt collection agency located in Tempe, Arizona. Progressive Financial Services, Inc. collects consumer debts for clients.

3.    I am a custodian of records maintained at Progressive Financial Services, Inc.

4.    By means of its collection software, Progressive Financial Services, Inc. tracks each telephone call and attempted calls it makes as well as letters it sends to consumers and provides a

AFFIDAVIT OF BARBARA HOERNER – Page 1

description within the account notes as to whether telephone contact with a consumer was made or whether a voice message was left.

5.      This account documentation is kept in the regular course of business, and it is the regular course of our business, with knowledge of the act, event, condition, or opinion to make the record in the account notations or to transmit information thereof to be included in the account notation record; and the account notation record was made at or near the time or reasonably soon thereafter.  The account notations for the relevant account are attached hereto as Def. App. 4-7.  I have redacted Mr. Mack's personal information to protect his privacy.

6.      Progressive Financial Services, Inc. performed a search of its accounts.  There is a record of an account in Plaintiff's name.

7.      According to the account notes, Plaintiff's account was referred to Progressive Financial Services, Inc. by The City of Dallas and it listed an amount of $145.46 that Plaintiff owed to The City of Dallas.

8.      On December 12, 2012, Progressive sent Plaintiff a letter which notified Plaintiff that his account had been referred to Progressive for Collection.  This letter is attached as Def. App. 8 and was kept in the ordinary course of business.

9.      Progressive received a request from Plaintiff requesting verification on debt ("VOD"). The letter received from Plaintiff is attached as Def. App. 9-10 and was kept in the ordinary course of business.

10.      On December 27, 2012, Progressive sent Plaintiff a letter verifying the debt and the account details that Progressive had been provided by the original creditor, The City of Dallas. This letter is attached as Def. App. 11-12 and was kept in the ordinary course of business.

AFFIDAVIT OF BARBARA HOERNER – Page 2

11.   On December 31, 2012, Progressive received a letter from Plaintiff claiming that Progressive's December 27, 2012 VOD letter was not a sufficient verification of Plaintiff's debt. Plaintiff's letter is attached as <u>Def. App.</u> 13 and was kept in the ordinary course of business.

Signature: *Barbara H*

Name: *Barbara Hoerner*

Title: *Corporate Counsel*

SWORN TO AND SUBSCRIBED before me, a Notary Public, on this the 27 day of

June , 2014.

MAURYAH EOFF
Notary Public - Arizona
Maricopa County
My Commission Expires
July 19, 2015

<u>AFFIDAVIT OF BARBARA HOERNER</u> – Page 3

01:09PM

4439384.PDK
DEBTOR HISTORY REPORT
04-22-13                                                      Page 1

DEBTOR ID #                          NAME                    ECOA DESCRIPTION              PHONE NUMBER
4439384              DAVID MACK                  Individual

DATE OF BIRTH                         SOCIAL SECURITY NUMBER          DRIVER'S LICENSE            LANGUAGE

                                                                                                 English

LATEST ADDRESS     ***** MAIL HAS BEEN RETURNED FROM THIS ADDRESS *****
7720 MCCALLUM BLVD APT 2099                                          DEBTOR STATUS : Hold Account
Temporarily
DALLAS, TX 75252                                                    BROKEN PROMISES : 0

                                                                      NSF CHECKS : 0

CLIENT NAME                          REF. #                         COLLECTOR : 014
PRINCIPAL    INTEREST    FEES    BALANCE    SERVICE DATE    LIST DATE    ACCOUNT STATUS
CITY OF DALLAS                       0001000023810   02-10-07   11-24-12   Hold Account Temporarily
.00        .00    145.46                                                          145.46

TOTAL OWED:        $145.46

EMPLOYER                              EMPLOYER PHONE            EMPLOYMENT DETAILS       EMPLOYER ADDRESS       EMPLOYER CITY,
STATE, ZIP

BANK                                  BANK PHONE                BANK ACCOUNT NUMBER     BANK ADDRESS           BANK CITY,
STATE, ZIP

FIRM                                  ATTORNEY                                          ATTORNEY ADDRESS       ATTORNEY CITY,
STATE, ZIP

                                                               Page 1

4439384.PDK

## DEBTOR ACTIVITY HISTORY

| ACT DATE | ACT TIME | USER | ACT | RES | ACTIVITY COMMENTS |
|---|---|---|---|---|---|
| 11-24-2012 | 06:33PM | BMG | | | Auto Debtor status chg from to NEW. |
| 11-24-2012 | 06:33PM | BMG | | | New account 4439384-1 added. |
| 12-12-2012 | . | BMG | | | Notice 1.UTILITY sent for Account 4439384-1 bor N1. |
| 12-12-2012 | 07:29PM | BMG | | | 1stSearch results added for DAVID MACK |
| 12-19-2012 | 11:10AM | BMG | | | Dout 214371█ no answer |
| 12-19-2012 | 11:11AM | BMG | | | Dout 214372█ disc-num removed |
| 12-19-2012 | 11:12AM | BMG | | | Dout 214942█ msg complete to person. |
| 12-20-2012 | 02:54PM | BMG | | | Dout 214371█ no answer |
| 12-20-2012 | 02:54PM | BMG | | | Dout 214372█ disc-num removed |
| 12-20-2012 | 02:55PM | BMG | | | Dout 214942█ holding-dropped before ans |
| 12-24-2012 | 09:48AM | MFU | | | Auto Debtor status chg from NEW to HLD. |
| 12-24-2012 | 09:51AM | MFU | CO | UP | Changed Collector from 289 to 014. |
| 12-24-2012 | 09:49AM | MFU | | | RCVD CORR FWD TO CLIENT DBTR DISPS DEBT AND |
| 12-24-2012 | 09:49AM | MFU | | | RQSTS VOD, RMVD CELL#214779█ |
| 12-24-2012 | 09:49AM | MFU | | | CELL#214779█, 1STSRCH#214942█ & |
| 12-24-2012 | 09:49AM | MFU | | | 1STSRCH#214371█, MRKD GOOD ADDR AS RTND |
| 12-27-2012 | 02:35PM | MFU | | | RCVD VOD FROM CLIENT FWD TO DBTR 12/27/12 |
| 12-28-2012 | . | BMG | | | PhPlus skip trace: no results. |
| 01-03-2013 | 03:42PM | MFU | | | Auto Debtor status chg from HLD to ACT. |
| 01-03-2013 | 03:42PM | MFU | | | REOPENED ACCT AFTER VOD WATING PERIOD |

Page 2

DefApps0005

4439384.PDK

| ACT DATE | ACT TIME | USER | ACT | RES | ACTIVITY COMMENTS |
|---|---|---|---|---|---|
| 01-03-2013 | 03:42PM | MFU | | | Assist redirect from MFU to 289. |
| 01-07-2013 | 03:22PM | MFU | | | Auto Debtor status chg from ACT to HLD. |
| 01-07-2013 | 03:23PM | MFU | | | RCVD CORR FWD TO CM DBTR FURTHER DISPS DEBT |

DEBTOR HISTORY REPORT                                          Page 2
04-22-13
01:09PM

| ACT DATE | ACT TIME | USER | ACT | RES | ACTIVITY COMMENTS |
|---|---|---|---|---|---|
| 01-11-2013 | 03:01PM | MFU | | | RCVD VOD FROM CLIENT FWD TO DBTR 1/11/13. |
| 01-11-2013 | 03:03PM | MFU | | | IGNORE PREVIOUS NOTE |
| 02-25-2013 | 04:39PM | CCT | | | RE-REQUESTED VOD FROM CLIENT 02/25/13 |
| 04-02-2013 | 10:03AM | CCT | | | RCVD LEGAL CORR FWD TO BHR, RMVD CELL#S |
| 04-02-2013 | 10:03AM | CCT | | | 214-779-█ 214-779-█ 1STSEARCH#S |
| 04-02-2013 | 10:03AM | CCT | | | 214-942-█ 214-371-█ MRKD GOOD ADDR |
| 04-02-2013 | 10:03AM | CCT | | | AS RTND |
| 04-03-2013 | 10:51AM | MEO | | | RCVD CORR. DEBTOR WANTS MORE INFO ON THE |
| 04-03-2013 | 10:51AM | MEO | | | DEBT BUT CLAIMS WE TRIED TO COLLECT DURRING |
| 04-03-2013 | 10:51AM | MEO | | | THE VOD HOLD PERIOD AND WANTS TO SUE. WILL |
| 04-03-2013 | 10:51AM | MEO | | | TALK WITH BHOERNER REGARDING A RESPONSE, |
| 04-03-2013 | 10:51AM | MEO | | | MEO |
| 04-22-2013 | 11:02AM | MRC | CO | | RCD CORR AND PENDING LAWSUIT FROM DEBTOR |
| 04-22-2013 | 11:03AM | MRC | | UP | FWD TO LEGAL |
| 04-22-2013 | 01:06PM | CCT | | | RCVD LEGAL CORR FWD TO BHR RCVD NOTICE OF |
| 04-22-2013 | 01:06PM | CCT | | | PENDING LAWSUIT |

Page 3

DefApps0006



4439384.PDK

DEBTOR PAYMENT HISTORY
PAYMENT DATE          PAYMENT AMOUNT          PAYMENT CODE & DESCRIPTION

PROMISED PAYMENTS
DATE          AMOUNT

POST DATED CHECKS
DATE          AMOUNT

Page 4

DefApps0007

Case 4:13-cv-00544-RC-ALM   Document 13-1   Fil~~ed~~   1 of 1 Page~~ID #2~~ 101

1209 4th Ave. South - Dept PRO
Nashville, TN 37210-4107

| Date |  |
| --- | --- |
| Account Number | 4439384-1 |
| Balance Due | $145.46 |
| Amount Enclosed | $. |

Page: 1 / 1

0000004739

DAVID MACK
7720 MCCALLUM BLVD APT 2099
DALLAS, TX  75252-7525

☐ Please check box if your address has changed
and indicate change(s) on reverse side.

Mail payments to:

PROGRESSIVE FINANCIAL SERVICES, INC.
PO BOX 22083
TEMPE, AZ 85285

DETACH UPPER PORTION AND RETURN WITH PAYMENT

---

CREDITOR:                 City of Dallas
ORIGINAL CREDITOR:        City of Dallas
CREDITOR #:               000100023810
ACCOUNT #:                4439384-1
DEBTOR NAME:              DAVID MACK
BALANCE DUE:              $145.46
LAST PMT TO CREDITOR:

Dear DAVID MACK,

THIS LETTER SERVES AS FORMAL NOTICE THAT YOUR ABOVE REFERENCED ACCOUNT HAS BEEN
REFERRED TO US FOR COLLECTION. YOU ARE HEREBY NOTIFIED THAT YOUR RESPONSIBILITIES
INCLUDE REPAYMENT OF THE BALANCE. THE BALANCE OF YOUR ACCOUNT IS DUE IN FULL.  IN
ORDER TO AVOID ANY FURTHER COLLECTION ACTIVITY, MAIL YOUR PAYMENT DIRECTLY TO MY
ATTENTION OR CALL TO DISCUSS ARRANGMENTS.

PLEASE REFER ALL PAYMENTS AND CORRESPONDENCE TO THE FOLLOWING ADDRESS:

PROGRESSIVE FINANCIAL SERVICES, INC.
PO BOX 22083
TEMPE, AZ 85285

INCLUDE YOUR PAYMENT COUPON AND THE ACCOUNT NUMBER REFERENCED ABOVE WITH YOUR
PAYMENT.

SINCERELY,

Christopher Hale    866-484-0211 or 602-453-8903
DEBT COLLECTOR
PROGRESSIVE FINANCIAL SERVICES, INC.
HOUR OF OPERATION: MONT-THU 8AM-7PM, FRI 8AM-5PM, SAT 7AM-11AM CST

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU
DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS
DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS
NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT
AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN
WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH
THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT
REDITOR.

If you have an attorney to represent you with respect to this debt or if this debt has been included in a bankruptcy,
please furnish us with the appropriate information so we may mark our files accordingly.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.  This communication is
from a debt collector.  PFS/1.UTILITY MUN

---

*** NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ***

DefApps0008

December 22, 2012

David Mack
7720 McCallum Blvd. 2099
Dallas, Texas 75252

Progressive Financial Services, Inc.
PO Box 22083
Tempe, AZ 85285

Re: Acct # 4439384-1

To Whom It May Concern:

This letter is being sent to you in response to a notice sent to
me dated December 12, 2012 (copy enclosed) Be advised that this
is not a refusal to pay, but a notice sent pursuant to the Fair
Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that
your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing
address, but a request for VALIDATION made pursuant to the above
named Title and Section. I respectfully request that your
offices provide me with competent evidence that I have any legal
obligation to pay you.

Please provide me with the following:

- What the money you say I owe is for.
- Explain and show me how you specifically calculated the
  entire amount of what you say I owe.
- Provide me with copies of any and all papers that show I
  agreed to pay what you say I owe.
- Identify the ORIGINAL creditor.

If your offices are able to provide the proper documentation as
requested, I will require at least 30 days after receipt to
investigate this information and during such time all collection
activity must cease and desist.

If your offices fail to respond to this validation request
within 30 days from the date of your receipt, all references to
this account must be deleted and completely removed from my
credit files and a copy of such deletion request shall be sent
to me immediately.

DefApps0009

I would also like to request, in writing, that no telephone
contact be made by your offices to my home or to my place of
employment. If your offices attempt telephone communication with
me, including but not limited to computer generated calls and
calls or correspondence sent to or with any third parties, it
will be considered harassment. All future communications with me
MUST be done in writing and sent to the address noted in this
letter by USPS.

It would be advisable that you assure that your records are in
order before I am forced to take legal action. This is an
attempt to correct your records, any information obtained shall
be used for that purpose.

Best Regards,

David Mack

Sent by certified mail # 7010 0780 0000 0582 9021

DefApps0010

Case 4:13-cv-00544-RC-ALM Document 13-3 Filed 01/27/14 Page 1 of 1 PageID #: 104

PROGRESSIVE FINANCIAL SERVICES, INC.
P.O. BOX 22083
TEMPE, AZ 85285

STATEMENT DATE: 12/27/12
ACCOUNT NUMBER: 4439384
REFERENCE NUMBER: 000100023810

PROGRESSIVE FINANCIAL SERVICES, INC.
P.O. BOX 22083
TEMPE, AZ 85285

DAVID MACK
7720 MCCALLUM BLVD APT 2099
DALLAS, TX 75252

☐ Please check box if above address is incorrect
and indicate change(s) on reverse side.

◄ DETACH UPPER PORTION AND RETURN WITH PAYMENT ►

PROGRESSIVE FINANCIAL SERVICES, INC.
P.O. BOX 22083
TEMPE, AZ 85285

1-866-484-0204
1-602-453-8800

| | |
|---|---|
| ORIGINAL CREDITOR: | CITY OF DALLAS |
| CURRENT CREDITOR: | CITY OF DALLAS |
| ACCOUNT NUMBER: | 4439384 |
| REFERENCE NUMBER: | 000100023810 |
| CURRENT BALANCE DUE: | $ 145.46 |

DEAR DAVID MACK
PROGRESSIVE FINANCIAL SERVICES, INC. HAS RECEIVED YOUR REQUEST FOR ADDITIONAL DOCUMENTATION REGARDING THE ACCOUNT PLACED BY CITY OF DALLAS

THE ATTACHED INFORMATION HAS BEEN PROVIDED BY THE CREDITOR TO VALIDATE THE EXISTENCE AND/OR ACCURACY OF THE DEBT.

☒ COPIES OF ACCOUNT DETAIL
☐
☐

PLEASE REVIEW THE ENCLOSED INFORMATION. IF YOU HAVE FURTHER QUESTIONS REGARDING THIS MATTER PLEASE CONTACT PROGRESSIVE FINANCIAL SERVICES, INC. AT 1-866-484-0204.

SINCERELY,

CHRISTOPHER HALE

DEBT COLLECTOR
PROGRESSIVE FINANCIAL SERVICES, INC.
PO BOX 22083
TEMPE, AZ 85285
(866)484-0204
HOURS OF OPERATION: MONDAY - FRIDAY 8AM - 5PM MOUNTAIN STANDARD TIME

IF YOU HAVE AN ATTORNEY TO REPRESENT YOU WITH RESPECT TO THIS DEBT OR IF THIS DEBT HAS BEEN INCLUDED IN A BANKRUPTCY, PLEASE FURNISH US WITH THE APPROPRIATE INFORMATION SO WE MAY MARK OUR FILES ACCORDINGLY.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. PFS/GENCORR

*****NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*****

DefApps0011

```
                              ,***CONFIDENTIAL***CONFIDENTIAL***
 ,ACCT NO,021-2724108-016,*PT* ,MO-LAST-BILL,09,CYCLE,02 ,SERVICE ENDED
 ,01/26/07
 ,NAME    ,MACK            DAVID         ,15C  ,STATUS,SUSPENSE  ,LAST-
 TRAN,09/22/07
 ,SERVICE, 6764         HUNTERS RIDGE          DR             ,PREMISE,S F RES
 ,ADDRESS,DALLAS            TX 75248-5404 ,*NM* ,        ,RENTAL PROP. ,YES ,TCR-
 NO
 ,***********,01-12,SUSPENSE ACCOUNTS INQUIRY
 ***********,12/27/12,***,1132,**

                  ,TOTAL AMT SUSPENSED   ,  145.46


              ,TYPE                    WATER
              ,AMOUNT ...............,    30.56
              ,DATE ..................,09/22/07
              ,REASON ...............,CUSTOMER REFUSES TO PAY
              ,DESCRIPTION ..........,SYSTEM GENERATED
              ,COLLECTION AGENCY ....,PENN COLLECTION AGENCY
                                    ,


       ,* * * ,ARE THERE MORE RECORDS ,YES ,* * *
     ,DSPLY,13,KEY,            , ,TO NEW SS,  ,DSPLY,  ,KEY,       ,
```

DefApps0012

Case 4:13-cv-00544-RC-ALM  Document 13-5  Filed 01/27/14  age 1 of 1 PageID #: 106

December 31, 2012

David Mack
7720 McCallum Blvd. 2099
Dallas, Texas 75252

Progressive Financial Services, Inc.
PO Box 22083
Tempe, AZ 85285

Re: Acct # 4439384-1

Attn: Christopher Hale

Dear Sir,

I received your letter dated December 27, 2012 but it doesn't
make much sense to be honest. I made a demand for validation
and you send me some nonsense that doesn't have a name of any
entity on it. I am supposed to take that as validation of this
alleged debt? For all I know you produced that on your own
computer. That doesn't validate anything quite frankly.

Another rather interesting item on that document you sent shows
that the collection agency is Penn Collection Agency. I find it
VERY interesting that document names a different collection
agency than Progressive and you are trying to collect some
alleged debt. I think you might do well to get your business in
order and your records straight. They obviously are not that
way at this point in time.

Do not send me any more of this nonsense. If you can PROPERLY
validate this alleged debt then send something to me that makes
sense.

Best Regards,

David Mack

7010 0780 0000 0582 9045

Sent by certified mail # 7010 0780 0000 0582 9045