**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **David E Mack** | § | |
| *Plaintiff,* | § | **Case No.  4:13-cv-544** |
| | § | |
| **vs** | § | |
| | § | |
| **PROGRESSIVE FINANCIAL** | § | |
| **SERVICES, INC.,** | § | |
| **CHRISTOPHER HALE** | § | |
| *Defendants.* | § | |
| | § | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Plaintiff in the above captioned cause of action who requests this Honorable Court grant a 21 day enlargement of time for Plaintiff to respond to Defendants' Motion for Summary Judgment filed with the Court on June 27, 2014. Discovery is not yet completed in this case and the deadline for discovery is not until August 31, 2014.

WHEREFORE, the Plaintiff asks this Honorable Court to issue an Order granting his motion for enlargement of time of 21 days to respond to the Defendants' Motion for Summary Judgment.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.


ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231

Dated July 16, 2014

David E Mack