# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13cv544 |
| | § | (Judge Clark/Judge Mazzant) |
| PROGRESSIVE FINANCIAL | § | |
| SERVICES, INC., CHRISTOPHER HALE | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment (Dkt. #31). The Court finds the motion should be GRANTED. Plaintiff shall have a 21-day extension in which to respond to Defendants' motion for summary judgment.

**IT IS SO ORDERED**.

SIGNED this 21st day of July, 2014.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE