**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:13-CV-00544 |
| § | |
| PROGRESSIVE FINANCIAL § | |
| SERVICES, INC., CHRISTOPHER HALE § | |
|     Defendants. § | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Please withdraw the appearance of Drew A. Jones as counsel for Defendants Progressive Financial Services, Inc. and Christopher Hale ("Defendants"). The basis of this withdrawal is that Mr. Jones is no longer employed with Robbie Malone, PLLC. The undersigned attorneys who have appeared on Defendants' behalf from Robbie Malone, PLLC will continue to represent Defendants in this matter.

    Respectfully submitted,

    **ROBBIE MALONE, PLLC**

    _/s/Xerxes Martin_____
    ROBBIE MALONE
    State Bar No. 12876450
    Email: rmalone@rmalonelaw.com
    EUGENE XERXES MARTIN, IV
    State Bar No. 24078928
    Email: xmartin@rmalonelaw.com
    ROBBIE MALONE, P.L.L.C.
    Northpark Central, Suite 1850
    8750 North Central Expressway
    Dallas, Texas   75231
    TEL: (214) 346-2630
    FAX: (214) 346-2631

    *COUNSEL FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing document has been forwarded **via U.S. 1st Class Mail and CM/RRR** on this 22ND day of July, 2014 to:

David Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
(972) 735-9642

                _/s/Xerxes Martin_____
                XERXES MARTIN